636

164 So. 917

**Alex FORD v. STATE.**

**4 Div. 128.**

Court of Appeals of Alabama.
Nov. 12, 1935.

BRICKEN, Presiding Judge.

Appeal dismissed.

170 So. 919

**Freddie FORD v. STATE.**

**4 Div. 274.**

Court of Appeals of Alabama.
Nov. 10, 1936.

RICE, Judge.

Affirmed.

169 So. 908

**L. D. FORD v. STATE.**

**7 Div. 208.**

Court of Appeals of Alabama.
June 30, 1936.

BRICKEN, Presiding Judge.

Affirmed.

169 So. 908

**Oval FORD v. STATE.**

**7 Div. 163.**

Court of Appeals of Alabama.
June 2, 1936.

SAMFORD, Judge.

Affirmed.

169 So. 908

**Richard FOSTER v. STATE.**

**8 Div. 292.**

Court of Appeals of Alabama.
June 30, 1936.

Rehearing Denied Oct. 6, 1936.

Raymond Murphy, of Florence, for appellant.

A. A. Carmichael, Atty. Gen., and Francis M. Kohn, Asst. Atty. Gen., for the State.

RICE, Judge.

The court has read, studied, and considered the record, including the bill of exceptions, in this case, sitting en banc.

We are persuaded that no useful purpose would be served by a discussion of the testimony; but, assuming the duty placed upon us by the law, we find that "after allowing all reasonable presumptions of its correctness, the preponderance of the evidence against the verdict is so decided as to clearly convince the court that it is wrong and unjust." Cobb v. Malone and Collins, 92 Ala. 630, 9 So. 738. It therefore becomes our duty to hold that the trial court was in error in refusing to grant appellant's motion to set aside the verdict of the jury and grant him a new trial.

For this error the judgment of conviction is reversed, and the cause remanded.

Reversed and remanded.

164 So. 917

**Jim FOWLER v. STATE.**

**6 Div. 647.**

Court of Appeals of Alabama.
Dec. 17, 1935.

BRICKEN, Presiding Judge.

Appeal dismissed.